**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| TONI-MARIE BARBINE | : |
| | : |
| | : |
| | : |
| DEBTOR | : BANKRUPTCY NO. 25-10744-PMM |

## CERTIFICATE OF SERVICE

I, Daniel McGrory, Esquire, hereby certify that on February 26, 2025, I have served a true and correct copy of **CHAPTER 13 PLAN** on the following persons by United States first class mail, postage pre-paid, addressed as follows:

See Service list attached

Bello, Reilley, McGrory & DiPippo, P.C.

Date: February 26, 2025         BY:   /s/ Daniel T. McGrory
                                       Daniel T. McGrory, Esquire
                                       144 E. DeKalb Pike, Suite 300
                                       King of Prussia, PA 19406
                                       (610) 992-1300