```
Label Matrix for local noticing          Philadelphia                              (p)ABSOLUTE RESOLUTIONS CORPORATION
0313-2                                   900 Market Street                         8000 NORMAN CENTER DRIVE SUITE 350
Case 25-10744-pmm                        Suite 400                                 BLOOMINGTON MN 55437-1118
Eastern District of Pennsylvania         Philadelphia, PA 19107-4233
Philadelphia
Wed Feb 26 10:58:27 EST 2025

American Express                         Capital One Bank USA NA                   Daniel T. McGrory, Esquire
P.O. Box 981537                          P.O. Box 31293                            Bello, Reilley, McGrory & DiPippo, P.C.
El Paso, TX 79998-1537                   Salt Lake City, UT 84131-0293             144 E. DeKalb Pike
                                                                                   Suite 300
                                                                                   King of Prussia, PA 19406-2150

Key Bank                                 Keybank NA                                Kohl's/Capital One
P.O. Box 94588                           4910 Tiedeman Road                        P.O. Box 3115
Cleveland, OH 44101-4588                 Brooklyn, OH 44144-2338                   Milwaukee, WI 53201-3115

Macy's/CBNA                              Matthew G. Brushwood, Esquire             Resurgent/LVNV Funding
P.O. Box 6789                            50 N. Fifth Street                        P.O. Box 1269
Sioux Falls, SD 57117-6789               2nd Floor                                 Greenville, SC 29602-1269
                                         Reading, PA 19601-3417

(p)TD BANKNORTH NA                       Thomas & Nancy E. O'Hara                  Tompkins Community Bank
70 GRAY ROAD                             10 1st Avenue                             P.O. Box 6569
FALMOUTH ME 04105-2299                   Malvern, PA 19355-3080                    Ithaca, NY 14851-6569

Toni-Marie Barbine                       United States Trustee                     Volvo Car Financial Svcs
29 Eagle Road                            Office of United States Trustee           P.O. Box 91614
Phoenixville, PA 19460-1067              Robert N.C. Nix Federal Building          Mobile, AL 36691-1614
                                         900 Market Street
                                         Suite 320
                                         Philadelphia, PA 19107-4202

DANIEL T. MCGRORY                        KENNETH E. WEST
Bello, Reilley, McGrory & DiPippo, P.C.  Office of the Chapter 13 Standing Truste
144 East DeKalb Pike                     190 N. Independence Mall West
Suite 300                                Suite 701
King of Prussia, PA 19406-2150           Philadelphia, PA 19106-1552
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Absolute Resolutions Inv                 TD Bank N.A.
8000 Norman Center Drive                 P.O. Box 219
Suite 350                                Lewiston, ME 04243
Minneapolis, MN 55437
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Toni-Marie Barbine
29 Eagle Road
Phoenixville, PA 19460-1067

End of Label Matrix
Mailable recipients    19
Bypassed recipients    1
Total    20