**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Toni-Marie Barbine             CHAPTER 13
         Debtor(s)

BKY. NO. 25-10744 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of KeyBank, NA, s/b/m First Niagara Bank, NA and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ *Denise Carlon*
                                    Denise Carlon
                                    10 Mar 2025, 14:07:45, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322