**Fill in this information to identify the case:**

Debtor 1  Toni-Marie Barbine_____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  25-10744_____

---

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A. as s/b/m to First Niagara Bank N.A     **Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:   3  0  8  8

**Date of payment change:**
Must be at least 21 days after date of this notice     04/15/2025

**New total payment:**   $  193.68
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   **Current mortgage payment:** $ _____ 206.11     **New mortgage payment:** $ _____ 193.68

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

Debtor 1  Toni-Marie Barbine
_First Name    Middle Name    Last Name_

Case number (*if known*) 25-10744

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske
Signature

Date 03/24/2025

Print: Reilly Fiske
_First Name    Middle Name    Last Name_

Title Senior Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
_Number    Street_

Brooklyn    OH    44144
_City    State    ZIP Code_

Contact phone 866-325-9723

Email bk_specialists@keybank.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

In Re:   Toni-Marie Barbine					Case No. 25-10744

			Debtor(s).			Chapter 13

## CERTIFICATE OF SERVICE

     I hereby certify that on March 24, 2025, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
DANIEL T. MCGRORY

Trustee
KENNETH E. WEST

     And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor
Toni-Marie Barbine
29 Eagle Road
Phoenixville, PA 19460

                                                  /s/Reilly Fiske
                                                  Bankruptcy Specialist
                                                  KeyBank N.A.