Certificate Number: 05781-PAE-DE-039517959

Bankruptcy Case Number: 25-10744



05781-PAE-DE-039517959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2025, at 11:18 o'clock PM PDT, Toni-Marie Barbine completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 3, 2025              By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President