**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : CHAPTER 13
    TONI-MARIE BARBINE         :
                      DEBTOR    : BANKRUPTCY NO. 25-10744

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK;

    Kindly withdraw Document No. 8, Employee Income Records of Non-Debtor Spouse filed in this matter.

                              Bello, Reilley, McGrory & DiPippo, P.C.

Date: April 10, 2025                BY: /s/ Daniel T. McGrory
                                                Daniel T. McGrory, Esquire
                                                144 E. DeKalb Pike, Suite 300
                                                King of Prussia, PA 19406
                                                (610) 992-1300