| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| E90 | 362394 | G11869 | | 0000064845 | 1 |
| | | | 6890452 | | |

## Earnings Statement

**ADP**®

PREMIUM  BRANDS  OPCO  LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

| | |
|---|---|
| Period Beginning: | 01/19/2025 |
| Period Ending: | 02/01/2025 |
| Pay Date: | 02/07/2025 |

**TONI  BARBINE**
**29  EAGLE  ROAD**
**PHOENIXVILLE   PA  19460**

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional  Higher  Withholding  Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 21.47 | 257.64 | 853.80 |
| Gross Pay | | | $257.64 | 853.80 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -15.98 | 52.94 |
| | Medicare Tax | -3.74 | 12.38 |
| | PA State Income Tax | -7.91 | 26.22 |
| | Upper Provid Income Tax | -2.58 | 8.54 |
| | Upper Provid Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -0.18 | 0.60 |
| | Net Pay | $225.25 | |
| | Checking 1 | -225.25 | 747.12 |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Tot Work Hours | 21.47 | 71.15 |

**Important Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 855-436-7177

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:            Single

Your  federal  taxable  wages  this  period  are  $257.64

© 2000 ADP, Inc.

PREMIUM  BRANDS  OPCO  LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

**Advice number:**        00000064845
Pay  date:        02/07/2025

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---------------------------------|-----------------|--------------|--------|
| TONI  BARBINE | xxxxxx4563 | xxxx  xxxx | $225.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| E90 | 362394 | G11869 | | 0000084976 | 1 |
| | | | 6890452 | | |

# Earnings Statement

**ADP®**

*PREMIUM BRANDS OPCO LLC*
*7 TIMES SQUARE TOWER*
*NEW YORK, NY 10036*
*1-855-436-7177*

| | |
|---|---|
| Period Beginning: | 02/02/2025 |
| Period Ending: | 02/15/2025 |
| Pay Date: | 02/21/2025 |

**TONI  BARBINE**
**29  EAGLE  ROAD**
**PHOENIXVILLE   PA  19460**

Filing Status: Married filing jointly
Exemptions/Allowances:
　Federal: Optional  Higher  Withholding  Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 14.08 | 168.96 | 1,022.76 |
| Gross Pay | | | $168.96 | 1,022.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -10.47 | 63.41 |
| | Medicare Tax | -2.45 | 14.83 |
| | PA State Income Tax | -5.19 | 31.41 |
| | Upper Provid Income Tax | -1.69 | 10.23 |
| | Upper Provid Local Svc Tax | -2.00 | 8.00 |
| | PA SUI Tax | -0.12 | 0.72 |
| | Net Pay | $147.04 | |
| | Checking 1 | -147.04 | 894.16 |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 14.08 | 85.23 |

**Important  Notes**
YOUR COMPANY PHONE NUMBER IS 855-436-7177

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:　　　　　　Single

Your  federal  taxable  wages  this  period  are  $168.96

© 2000 ADP, Inc.

PREMIUM  BRANDS  OPCO LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

| | |
|---|---|
| **Advice number:** | **00000084976** |
| Pay date: | 02/21/2025 |

Deposited  to  the  account  of
TONI BARBINE

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx4563 | xxxx  xxxx | $147.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| E90 | 362394 | G11869 | 0000104828 | 1 | |
| | | | 6890452 | | |

# Earnings Statement

**ADP**®

*PREMIUM BRANDS OPCO LLC*
*7 TIMES SQUARE TOWER*
*NEW YORK, NY 10036*
*1-855-436-7177*

Period Beginning:  02/16/2025
Period Ending:  03/01/2025
Pay Date:  03/07/2025

**TONI BARBINE**
**29 EAGLE ROAD**
**PHOENIXVILLE PA 19460**

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 20.68 | 248.16 | 1,270.92 |
| Gross Pay | | | $248.16 | 1,270.92 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Tot Work Hours | 20.68 | 105.91 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -15.39 | 78.80 |
| | Medicare Tax | -3.60 | 18.43 |
| | PA State Income Tax | -7.62 | 39.03 |
| | Upper Provid Income Tax | -2.48 | 12.71 |
| | Upper Provid Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -0.17 | 0.89 |
| | Net Pay | $216.90 | |
| | Checking 1 | -216.90 | 1,111.06 |
| | Net Check | $0.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 855-436-7177

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:                Single

Your federal taxable wages this period are $248.16

© 2000 ADP, Inc.

---

PREMIUM BRANDS OPCO LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

Advice number:        00000104828
Pay date:             03/07/2025

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| TONI BARBINE | xxxxxx4563 | xxxx xxxx | $216.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| E90 | 362394 | G11869 | 0000124906 | | 1 |
| | | | 6890452 | | |

## Earnings Statement

**ADP**

PREMIUM BRANDS OPCO LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

| | |
|---|---|
| Period Beginning: | 03/02/2025 |
| Period Ending: | 03/15/2025 |
| Pay Date: | 03/21/2025 |

**TONI BARBINE
29 EAGLE ROAD
PHOENIXVILLE PA 19460**

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 13.70 | 164.40 | 1,435.32 |
| Gross Pay | | | $164.40 | 1,435.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -10.19 | 88.99 |
| | Medicare Tax | -2.38 | 20.81 |
| | PA State Income Tax | -5.05 | 44.08 |
| | Upper Provid Income Tax | -1.64 | 14.35 |
| | Upper Provid Local Svc Tax | -2.00 | 12.00 |
| | PA SUI Tax | -0.11 | 1.00 |
| | Net Pay | $143.03 | |
| | Checking 1 | -143.03 | 1,254.09 |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $164.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 13.70 | 119.61 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 855-436-7177

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:          Single

© 2009 ADP, Inc

PREMIUM BRANDS OPCO LLC
7 TIMES SQUARE TOWER
NEW YORK, NY 10036
1-855-436-7177

| | | |
|---|---|---|
| Advice number: | 00000124906 | |
| Pay date: | 03/21/2025 | |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TONI BARBINE | xxxxxx4563 | xxxx xxxx | $143.03 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| E90 | 362394 | G11869 | 0000144758 | | 1 |
| | | | 6890452 | | |

# Earnings Statement

**ADP**

*PREMIUM BRANDS OPCO LLC*
*7 TIMES SQUARE TOWER*
*NEW YORK, NY 10036*
*1-855-436-7177*

| | |
|---|---|
| Period Beginning: | 03/16/2025 |
| Period Ending: | 03/29/2025 |
| Pay Date: | 04/04/2025 |

**TONI  BARBINE**
**29  EAGLE  ROAD**
**PHOENIXVILLE  PA  19460**

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding  Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.0000 | 12.40 | 148.80 | 1,584.12 |
| Gross Pay | | | $148.80 | 1,584.12 |

| Deductions | Statutory | | |
|------------|-----------|-----|-----|
| | Social Security Tax | -9.23 | 98.22 |
| | Medicare Tax | -2.16 | 22.97 |
| | PA State Income Tax | -4.57 | 48.65 |
| | Upper Provid Income Tax | -1.49 | 15.84 |
| | Upper Provid Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -0.11 | 1.11 |
| Net Pay | | $129.24 | |
| | Checking 1 | -129.24 | 1,383.33 |
| Net Check | | $0.00 | |

Your  federal  taxable  wages  this  period  are  $148.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 12.40 | 132.01 |

**Important Notes**
YOUR  COMPANY  PHONE  NUMBER  IS 855-436-7177

**Additional Tax Withholding Information**
Taxable  Marital  Status:
PA:            Single

© 2000 ADP, Inc.

---

PREMIUM  BRANDS  OPCO  LLC
7 TIMES  SQUARE  TOWER
NEW YORK, NY 10036
1-855-436-7177

| | | |
|---|---|---|
| **Advice number:** | **00000144758** | |
| Pay  date: | 04/04/2025 | |

| Deposited  to  the  account  of | account number | transit  ABA | amount |
|---|---|---|---|
| TONI  BARBINE | xxxxxx4563 | xxxx  xxxx | $129.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**