# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Toni-Marie Barbine<br>                  Debtor(s)<br><br>KeyBank, NA, s/b/m First Niagara Bank, NA, its successors and/or assigns<br>                  Movant<br>     vs.<br><br>Toni-Marie Barbine<br>                  Debtor(s)<br><br>Kenneth E. West<br>                  Trustee | CHAPTER 13<br><br><br><br>NO. 25-10744 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of KeyBank, NA, s/b/m First Niagara Bank, NA, which was filed with the Court on or about May 7, 2025.

Dated: June 3, 2025

                                                Respectfully submitted,

                                                /s/Matthew Fissel
                                                Matthew Fissel, Esq.
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                Phone: (215)-627-1322
                                                mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Toni-Marie Barbine** | **BK NO. 25-10744 PMM** |
| Debtor(s) | Chapter 13 |
| **KeyBank, NA, s/b/m First Niagara Bank, NA** | |
| Movant | |
| vs. | |
| **Toni-Marie Barbine** | |
| Debtor(s) | |
| **Kenneth E. West** | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/3/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/3/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Toni-Marie Barbine<br>29 Eagle Road<br>Phoenixville, PA 19460 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Daniel T. McGrory Esq.<br>144 East DeKalb Pike<br>Suite 300<br>King of Prussia, PA 19406 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |