# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE                                               : CHAPTER 13
**Toni-Marie Barbine**                   : BANKRUPTCY NO. **25-10744-pmm**
                    Debtor                   :

_____

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR RIVERCREST COMMUNITY ASSOCIATION

The undersigned hereby enters their appearance for Rivercrest Community Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings or notices of any kind, be sent to the undersigned.

Date: July 18, 2025

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

_____
Stefan Richter, Esquire
Attorney for Rivercrest Community Association