IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | : BANKRUPTCY NO. 25-10744-pmm |
| Toni-Marie Barbine, Debtor | : CHAPTER 13 |
| KeyBank, NA, s/b/m First Niagara Bank, NA<br>Movant | : HEARING DATE: August 27, 2025<br>: TIME: 1:00 pm. |
| v. | : LOCATION: Courtroom #3, U.S.<br>: Bankruptcy Court, 900 Market Street,<br>: Suite 400 |
| Toni-Marie Barbine, Debtor | : Philadelphia, PA 19107 |
| Thomas Barbine, Co-Debtor | |
| KENNETH E. WEST, Esquire | |
| Trustee/Respondents | |

### ANSWER TO MOTION OF KEY BANK, NA, S/B/M FIRST NIAGARA BANK, NA FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362 AND 1301

Debtor, by and through her attorneys, Bello, Reilley McGrory & DiPippo, P.C., hereby file the following Answer.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

8. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

9. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

10. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

11. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

12. Denied. Debtor may not be receiving proper credit for all payments made. Debtor is desirous of resolving any post-petition arrearage by the hearing date and/or entering into a six (6) month Stipulation with the Movant.

WHEREFORE, Debtor requests that this Honorable Court find in her favor and against the Movant denying the Motion for Relief.

BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.

By: /s/ Daniel T. McGrory
Daniel T. McGrory, Esquire
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | : BANKRUPTCY NO. 25-10744-pmm |
| Toni-Marie Barbine, Debtor | : CHAPTER 13 |
| KeyBank, NA, s/b/m First Niagara Bank, NA Movant | : HEARING DATE: August 27, 2025 |
| | : TIME: 1:00 pm. |
| v. | : LOCATION: Courtroom #3, U.S. |
| | : Bankruptcy Court, 900 Market Street, |
| | : Suite 400 |
| Toni-Marie Barbine, Debtor | : Philadelphia, PA 19107 |
| Thomas Barbine, Co-Debtor | |
| KENNETH E. WEST, Esquire | |
| Trustee/Respondents | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Answer, it is hereby ORDERED that the said Motion is DENIED.

_____
Bankruptcy Judge

cc:  Matthew Fissel, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     bkgroup@kmllawgroup.com