## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | : **BANKRUPTCY NO. 25-10744-pmm** |
| | : |
| Toni-Marie Barbine, Debtor | : **CHAPTER 13** |
| | : |
| | : |
| | : |
| KeyBank, NA, s/b/m First Niagara Bank, NA | : |
| Movant | : **HEARING DATE: August 27, 2025** |
| | : **TIME: 1:00 pm.** |
| v. | : **LOCATION: Courtroom #3, U.S.** |
| | : **Bankruptcy Court, 900 Market Street,** |
| | : **Suite 400** |
| Toni-Marie Barbine, Debtor | : **Philadelphia, PA 19107** |
| | : |
| Thomas Barbine, Co-Debtor | : |
| | : |
| KENNETH E. WEST, Esquire | : |
| | : |
| Trustee/Respondents | : |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Answer to Motion for Relief and Order, by electronic mail upon the following:

Dated Served:                August 13, 2025

Persons Served:

Movant:                      KeyBank, NA, s/b/m First Niagara Bank, NA

Movant's Attorney:           Matthew Fissel, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             bkgroup@kmllawgroup.com

Trustee:                     KENNETH E. WEST, CHAPTER 13
                             STANDING TRUSTEE
                             P.O. BOX 40837
                             PHILADELPHIA, PA 19107

BELLO, REILLEY, MCGRORY & DIPIPPO, P.C.


By: /s/   Daniel T. McGrory
        Daniel T. McGrory, Esquire