# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Toni-Marie Barbine<br>_Debtor(s)_<br><br>KeyBank, NA, s/b/m First Niagara Bank, NA<br>_Moving Party_<br>vs.<br><br>Toni-Marie Barbine<br>_Debtor_<br><br>Thomas Barbine<br>_Co-Debtor_<br><br>Kenneth E. West<br>_Trustee_ | CHAPTER 13<br><br>NO. 25-10744 PMM<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this __10th__ day of __September__, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge