United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-10744-pmm
Toni-Marie Barbine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni-Marie Barbine, 29 Eagle Road, Phoenixville, PA 19460-1067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

**Name**        **Email Address**

DANIEL T. MCGRORY
    on behalf of Debtor Toni-Marie Barbine dmcgrory@pmrbm.com  amurphy@pmrbm.com

DENISE ELIZABETH CARLON
    on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor Tompkins Community Bank  successor to Vist Bank mbrushwood@barley.com,
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MATTHEW K. FISSEL

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

STEFAN RICHTER

on behalf of Creditor Rivercrest Community Association srichter@clemonslaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Toni-Marie Barbine <br> _Debtor(s)_ <br><br> KeyBank, NA, s/b/m First Niagara Bank, NA <br> _Moving Party_ <br> vs. <br><br> Toni-Marie Barbine <br> _Debtor_ <br><br> Thomas Barbine <br> _Co-Debtor_ <br><br> Kenneth E. West <br> _Trustee_ | CHAPTER 13 <br><br> NO. 25-10744 PMM <br><br> 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this __10th__ day of __September__, 2025 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge