**Fill in this information to identify your case:**

Debtor 1: **Toni-Marie Barbine**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 25-10744

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Keybank NA**<br>Creditor's Name<br><br>4910 Tiedeman Road<br>Brooklyn, OH 44144<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**29 Eagle Road**<br>**Phoenixville, PA 19460**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,929.00 | $612,000.00 | $0.00 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred   2014         Last 4 digits of account number   xxxx

---

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

| Debtor 1 | Toni-Marie Barbine | | Case number (if known) | 25-10744 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### 2.2 Montgomery County Tax Claim Bureau
Creditor's Name

One Montgomery Plaza
Suite 600
Norristown, PA 19401
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
29 Eagle Road
Phoenixville, PA 19460

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Taxes

$20,469.73    $612,000.00    $0.00

Date debt was incurred    2023 - 2024        Last 4 digits of account number    1324

---

### 2.3 Thomas & Nancy E. O'Hara
Creditor's Name

10 1st Avenue
Malvern, PA 19355
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
29 Eagle Road
Phoenixville, PA 19460

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Third Mortgage

$138,000.00    $612,000.00    $0.00

Date debt was incurred    12/2023        Last 4 digits of account number

---

### 2.4 Tompkins Community Bank
Creditor's Name

P.O. Box 6569
Ithaca, NY 14851
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:
29 Eagle Road
Phoenixville, PA 19460

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    1st Mortgage

$274,197.00    $612,000.00    $0.00

Date debt was incurred        Last 4 digits of account number    3382

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 3

| Debtor 1 | Toni-Marie Barbine | | | Case number (if known) | 25-10744 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Add the dollar value of your entries in Column A on this page. Write that number here:   $464,595.73

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $464,595.73

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Key Bank**
**P.O. Box 94588**
**Cleveland, OH 44101-4588**

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Matthew G. Brushwood, Esquire**
**50 N. Fifth Street**
**2nd Floor**
**Reading, PA 19601**

On which line in Part 1 did you enter the creditor? __2.4__

Last 4 digits of account number ___