United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10744-pmm
Toni-Marie Barbine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 03, 2026      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni-Marie Barbine, 29 Eagle Road, Phoenixville, PA 19460-1067 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| cr | + | Rivercrest Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |
| cr | + | Tompkins Community Bank, successor to Vist Bank, P.O. Box 460, Ithaca, NY 14851, UNITED STATES 14851-0460 |
| 14981639 | + | Daniel T. McGrory, Esquire, Bello, Reilley, McGrory & DiPippo, P.C., 144 E. DeKalb Pike, Suite 300, King of Prussia, PA 19406-2150 |
| 14981644 | | Key Bank, P.O. Box 94588, Cleveland, OH 44101-4588 |
| 14986363 | + | KeyBank, NA, s/b/m First Niagara Bank, NA., c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15050908 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, OBERMAYER REBMANN MAXWELL & HIPPEL LLP, Centre Square West, Suite 3400, 1500 Market Street Philadelphia, PA 19102-2100 |
| 15050746 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Esq., Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 15031044 | + | Rivercrest Community Association., c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14981651 | + | Thomas & Nancy E. O'Hara, 10 1st Avenue, Malvern, PA 19355-3080 |
| 14981652 | + | Tompkins Community Bank, P.O. Box 6569, Ithaca, NY 14851-6569 |
| 14984973 | + | Tompkins Community Bank, successor to Vist Bank, P.O. Box 460, Ithaca, NY 14851-0460 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | Feb 04 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Feb 04 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14981641 | Email/Text: Bankruptcy@absoluteresolutions.com | | Feb 04 2026 00:42:00 | Absolute Resolutions Inv, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 14988720 | Email/Text: Bankruptcy@absoluteresolutions.com | | Feb 04 2026 00:42:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14981642 | Email/PDF: bncnotices@becket-lee.com | + | Feb 04 2026 00:41:22 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14994355 | Email/PDF: bncnotices@becket-lee.com | | Feb 04 2026 00:41:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14981643 | Email/PDF: AIS.cocard.ebn@aisinfo.com | + | Feb 04 2026 00:41:13 | Capital One Bank USA NA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |

Case 25-10744-pmm   Doc 61   Filed 02/05/26   Entered 02/06/26 00:40:15   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15004113 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 00:52:01 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15004612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 00:52:01 | Citibank, N.A., 6716 Grade Ln Blg 9 Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14996879 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 04 2026 00:42:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14986314 | ^ | MEBN | Feb 04 2026 00:31:42 | KeyBank, NA, s/b/m First Niagara Bank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14981645 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 04 2026 00:42:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14981646 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 00:41:27 | Kohl's/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14985405 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:51:47 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14981647 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2026 00:51:55 | Macy's/CBNA, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 14981649 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:52:01 | Resurgent/LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14981650 | | Email/Text: bankruptcy@td.com | Feb 04 2026 00:42:00 | TD Bank N.A., P.O. Box 219, Lewiston, ME 04243 |
| 14981653 | + | Email/Text: bankruptcy@wofco.com | Feb 04 2026 00:42:00 | Volvo Car Financial Svcs, P.O. Box 91614, Mobile, AL 36691-1614 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14981640 | *+ | Toni-Marie Barbine, 29 Eagle Road, Phoenixville, PA 19460-1067 |
| 14981648 | ##+ | Matthew G. Brushwood, Esquire, 50 N. Fifth Street, 2nd Floor, Reading, PA 19601-3417 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf900 | Total Noticed: 31 |

DANIEL T. MCGRORY
    on behalf of Debtor Toni-Marie Barbine dmcgrory@pmrbm.com amurphy@pmrbm.com

DENISE ELIZABETH CARLON
    on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor Tompkins Community Bank successor to Vist Bank mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MATTHEW K. FISSEL
    on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. VAGNONI
    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

STEFAN RICHTER
    on behalf of Creditor Rivercrest Community Association srichter@clemonslaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    TONI-MARIE BARBINE<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 25-10744-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 3, 2026**

_Patricia M. Mayer_
Honorable Patricia M. Mayer
Bankruptcy Judge